# Exhibit B

**From:** Beryl Zheng <megasoft1@hotmail.com>
**Date:** August 11, 2017 at 1:50:27 PM EDT
**To:** Kam Lee <leekamh@gmail.com>
**Subject: LLC Registration Authorization**

U should already have got a email from the state about the registration. Pls mail the check to:

Xiaofeng Zheng
3020 Leeds Garden Ln, Johns Creek, GA 30022

Thank you.

Beryl 郑晓风
资深顾问
美国纵横咨询
Principal Consultant About Enterprises, Inc.
770-619-1802(Phone) 678-550-9206(Fax)

**From:** Kam Lee <leekamh@gmail.com>
**Sent:** Friday, August 11, 2017 1:32 PM
**To:** Beryl Zheng
**Subject:** Re: Wire instruction and LLC Registration Authorization attached

see attached

On Fri, Aug 11, 2017 at 12:46 PM, Beryl Zheng <megasoft1@hotmail.com> wrote:

> For easier communication in future, could you pls add me to your WeChat? My WeChat ID is zxf2208412514
>
> Thank you.
>
> Beryl 郑晓风
> 资深顾问
> 美国纵横咨询
> Principal Consultant
> About Enterprises, Inc.
> 770-619-1802(Phone)
> 678-550-9206(Fax)