# Exhibit D

Mr. Wang: I am in China I already talked to Jeff, he said he is going to send to you. could you please call bill lee his number is 8178911308 he is the co- manager with Jeff his email is Wlee003@gmail.com

Thanks.

Rose Meng.

Jeff Grant's email: jgrant@southernconsultingllc.com

Dear Rose:

Please be advised that our law firm has recently been retained by the couple of Mr. Zujin Yang and Mrs. Rachel Kamhung Lee (hereinafter "Yangs") as their legal counsel to represent their multiple financial investments in the U.S., including their company, Blessing Property Group, LLC's investment in BUTTS 1177, LLC.(hereinafter "the Company"), of which your company Golden Eagle Investments, LLC is also a member.

As we understand, the Company purchased a piece of land in 2017. We also understand that you are the Initial Manager in charge of the entire operation and management of the Company. In order to serve the legal counsel for Blessing Property Group, LLC, we would appreciate it if you could provide us with the following information and documents about the Company:

- A copy of the executed Operating Agreement in 2017.
- Copies of Corporation Tax Returns, including Schedules K-1, since the inception of the Company in July 2017.
- Copies of all the Bank Statements of the Company's business accounts since the inception of the company in July 2017.
- A copy of the Company's corporate ledger.
- A complete copy of the Closing documents of the land purchase by the company.

Please feel free to contact me if you have any questions. I can be reached at my cell: 678-315-8853.

Kind regards,

what bank account did you use for the deposit of the investment funds and dispersing the funds for land purchase. Anyway, we need the financial documents to show the investment funds and all the dispersion of the funds to date.

Lu,

This was done through the attorney escrow account. I'll get you a breakdown of the deposits and dispersants from the closing.

Lu,
Every closing I have ever had is handled by our attorney. Any investment funds were sent directly to our attorneys escrow account before closing and for him to handle the closing. It is a practice I continue to use and have for 37 years. The funds collected from the parties were used to close the property and are reflected on the closing statement, as far as payouts. The expenses incurred since have been paid by SCI or Golden Eagle and are reflected on the expenses to date sheet. These expenses are shown as a do to do from and are accounted for and reflected in our tax returns. Prior to closing, all expenses were paid by my companies. We will be glad to meet you or discuss with you any questions or concerns you have. Thanks and take care. Jeff

Jeff:

I think you are dodging my questions. Let me make it clear one more time:

1. **I need the evidence to prove all the three investors/members investment funds/contributions were properly received by Butts 1177 LLC.** It is not only unusual but a violation of GA corporate law and accounting rules to have each investor's funds wired directly to the closing attorney's escrow account for purchasing the land. All the investment funds/contributions should have been deposited into Butts 1177 LLC before members' shareholder's interest can be acknowledged. Then, the funds can be used for whatever lawful purposes for the operation of the company.
2. If as you indicated that all the investment funds were wired directly to the closing attorney's escrow account, please send me all the Closing documents, including the wire transfer evidence to prove all the investors' investment funds/contributions were received by the closing attorney's escrow account.
3. Please note, according to the Exhibit A of the OA, the total member's contributions are $3.3 million, but the land purchase price is only $2.65 million. How come each member wired his entire contribution to the closing attorney's escrow account? Where are the rest of the funds? Please explain.

**Jeff Grant** <jgrant@southernconsultingllc.com> Aug 17, 2021, 11:13 AM

to me

Lu,
I hope you understand the purpose of going through escrow when closing property, is to make sure all the investors funds are protected in case the property is not closed or has problems or issues. We let our attorney handle the closing of the property to make sure we have proper and marketable title at closing, as well as Title Insurance. Your reference of placing funds into the LLC account for a traditional Business is correct. However, buying property without going through escrow to me can be dangerous for any Investor. Also, Please know as a rule of thumb, I never take funds from anyone that

I do not know or where there source of funds are coming from, until we have a vetting process.

At the time we contracted to purchase the property in July of 2017, funds were already being spent and obligated, to perform an Alta Survey, Topo, wetlands delineation and the tools we deem necessary to purchase the property. These fees were of course, paid by my company, some prior to closing, some afterwards. These fees and projected fees were taken into account as part of our investment into the property, like the property taxes over the years for instance. The 10% Commission we charge for handling everything is never paid up front and we take it on the back as a partnership interest. This way we handle any cost of the property, before and after the property is purchased and never ask the investors for any additional funding, regardless of that cost. Once the property is sold we then let our accountant do a proper accounting of everyone's costs, profits and the disbursements.

As you can see the closing funds needed were roughly $2,650,000 dollars. Both Blessing Property Group LLC and Golden Stone International Investment Co LLC each wired $1,320,000 to David Harris Escrow Account. To date, I have paid out $355,100 dollars in total expenses. If you add back the $265,000 Commission promised for handling this transaction to the end and all expenses from closing to the end, you can see the total comes to $3,260,100 dollars. So if the property was sold today, Golden Eagle would owe the partnership a total of $39,900 dollars before any funds would be divided or distributed. I hope this explanation helps you understand what I believe is the agreement between all parties and please know I am not dodging any of your questions or requests.

We do have an offer at $4,500,000 million and I have countered back at $5,500,000 million. We will see what happens.

I'll be glad to meet anytime with anyone to discuss this further, if needed. Thanks and take care. Jeff

Sent from my iPhone