# Exhibit E

eFiled & eRecorded
DATE: 7/11/2022
TIME: 12:31 PM
DEED BOOK: 00973
PAGE: 00753 - 00757
RECORDING FEES: $25.00
TRANSFER TAX: $0.00
PARTICIPANT ID: 7627571095
CLERK: Morgan V. Ward
Butts County, GA
PT61: 018-2022-000802

DAVID O. HARRIS, P.C. 232 EAGLES LANDING WAY McDONOUGH, GA 30253

STATE OF GEORGIA

COUNTY OF HENRY

# LIMITED WARRANTY DEED OF CONTRIBUTION

THIS INDENTURE made this 29th day of June, 2022, by and between

**BUTTS 1177, LLC,**
a Georgia limited liability company,

as party of the first part (hereinafter referred to as "Grantor"), and

**BUTTS 300, LLC,**
a Georgia limited liability company,

as party of the second part (hereinafter referred to as "Grantee")

[the words "Grantor" and "Grantee" as used herein shall include both the singular and the plural and shall be deemed to include the masculine gender as well as the feminine gender where the context requires or permits and shall include the parties hereto and their respective heirs, executors, administrators, successors and assigns].

**WITNESSETH** that Grantor, for and in consideration of the sum of TEN DOLLARS ($10.00) and other good and valuable consideration in hand paid at and before the sealing and delivery of these presents, the receipt and adequacy of which is hereby acknowledged, has granted, bargained, sold, aliened, conveyed, confirmed and CONTRIBUTED, and by these presents does grant, bargain, sell, alien, convey, confirm and CONTRIBUTE to the said Grantee, that real property located in Butts County, Georgia, containing 300.41 Acres, and being more particularly described in Exhibit A, which is attached hereto and by reference incorporated herein and made a part of this description (hereinafter the "Property"). The Property is identified by the Tax Assessors of Butts County as Parcel No. 00780-003-000, and part of Parcel No. 00660-025-000.

This conveyance is made subject to all easements and restrictions of record which affect the Property.

TO HAVE AND TO HOLD the Property, with all and singular the rights, members and appurtenances thereof, to the same being, belonging, or in anywise appertaining, to the only proper use, benefit and behoof of the said Grantee forever in FEE SIMPLE.

AND THE SAID Grantor will warrant and forever defend the right and title to the Property unto the said Grantee against the claims of all persons claim by, through or under Grantor, but not otherwise.

IN WITNESS WHEREOF, the Grantor has caused this deed to be executed by its duly authorized Manager on the day and year set forth above.

**BUTTS 1177, LLC**

BY: GOLDEN EAGLE CAPITAL INVESTMENTS, LLC
Its Manager

BY: Jeff R. Grant
Jeff R. Grant,
Manager

BY: Benjamin M. Helms
Benjamin M. Helms,
Manager

Signed, sealed and delivered
in the presence of:

Salena W. Turner
WITNESS

M. Saade
NOTARY PUBLIC

MICHELLE Y SAADE
MY COMMISSION EXPIRES
NOTARY
PUBLIC
FEBRUARY 18, 2026
HENRY COUNTY, GEORGIA

# EXHIBIT A

ALL THAT TRACT OR PARCEL OF LAND LYING AND BEING IN LAND LOTS 2, 3, 30 AND 31 OF THE 14TH LAND DISTRICT, G.M.D. 609, BUTTS COUNTY GEORGIA, SHOWN AS TRACT 2 IN PLAT BOOK 20, PAGE 244, BUTTS COUNTY RECORDS, MORE PARTICULARLY DESCRIBED AS FOLLOWS:

***BEGINNING*** AT A ONE HALF INCH REBAR FOUND AT THE COMMON CORNER OF LAND LOTS 2 AND 3 OF THE 14TH LAND DISTRICT, G.M.D. 609, AND LAND LOTS 29 AND 30 OF THE 4TH LAND DISTRICT, G.M.D. 614, BUTTS COUNTY GEORGIA;

THENCE. LEAVING SAID LAND LOT LINE, NORTH 15 DEGREES 27 MINUTES 53 SECONDS EAST A DISTANCE OF 536.89 FEET TO A ONE HALF INCH REBAR FOUND;

THENCE, NORTH 26 DEGREES 32 MINUTES 14 SECONDS EAST A DISTANCE OF 1,045.59 FEET TO A ONE HALF INCH FLAT IRON FOUND;

THENCE, NORTH 89 DEGREES 27 MINUTES 43 SECONDS EAST A DISTANCE OF 363.64 FEET TO A ONE HALF INCH REBAR FOUND;

THENCE, NORTH 89 DEGREES 11 MINUTES 56 SECONDS EAST A DISTANCE OF 1,860.60 FEET TO A ONE HALF INCH REBAR SET ON THE WEST RIGHT-OF-WAY OF GEORGIA HIGHWAY NUMBER 87 (200' R/W);

THENCE, SOUTH 26 DEGREES 29 MINUTES 09 SECONDS EAST ALONG SAID RIGHT-OF-WAY A DISTANCE OF 1,665.04 FEET TO A ONE HALF INCH IRON REBAR SET;

THENCE LEAVING THE WEST RIGHT-OF-WAY OF GEORGIA HIGHWAY 87, PROCEED SOUTH 84 DEGREES 33 MINUTES 02 SECONDS WEST A DISTANCE OF 202.17 FEET

THENCE PROCEED ALONG REMNANTS OF AN OLD WIRE FENCE THE FOLLOWING COURSES AND DISTANCES:

PROCEED, NORTH 75 DEGREES 35 MINUTES 05 SECONDS WEST A DISTANCE OF 28.90 FEET;

THENCE, NORTH 81 DEGREES 58 MINUTES 54 SECONDS WEST A DISTANCE OF 85.89 FEET;

THENCE, NORTH 88 DEGREES 17 MINUTES 19 SECONDS WEST A DISTANCE OF 40.84 FEET;

THENCE, SOUTH 86 DEGREES 57 MINUTES 44 SECONDS WEST A DISTANCE OF 99.05 FEET;

THENCE, SOUTH 81 DEGREES 50 MINUTES 33 SECONDS WEST A DISTANCE OF 86.39 FEET;

THENCE, SOUTH 83 DEGREES 23 MINUTES 58 SECONDS WEST A DISTANCE OF 67.98 FEET TO A ONE HALF INCH REBAR FOUND AT THE COMMON CORNER OF LAND LOTS 2,3,30 AND 31, OF THE 14TH LAND DISTRICT, G.M.D. 609, BUTTS COUNTY GEORGIA;

THENCE CONTINUING ALONG REMNANTS OF AN OLD WIRE FENCE THE FOLLOWING COURSES AND DISTANCES:

PROCEED, SOUTH 13 DEGREES 41 MINUTES 10 SECONDS WEST A DISTANCE OF 65.02 FEET;

THENCE, SOUTH 03 DEGREES 58 MINUTES 48 SECONDS EAST A DISTANCE OF 177.12 FEET;

THENCE, SOUTH 04 DEGREES 43 MINUTES 35 SECONDS WEST A DISTANCE OF 119.84 FEET;

THENCE, SOUTH 05 DEGREES 14 MINUTES 32 SECONDS EAST A DISTANCE OF 105.56 FEET;

THENCE, SOUTH 03 DEGREES 28 MINUTES 40 SECONDS WEST A DISTANCE OF 119.58 FEET TO AN IRON AXLE FOUND;

THENCE, SOUTH 08 DEGREES 37 MINUTES 47 SECONDS WEST A DISTANCE OF 17.56 FEET TO AN IRON AXLE FOUND;

THENCE CONTINUING ALONG REMNANTS OF AN OLD WIRE FENCE THE FOLLOWING COURSES AND DISTANCES:

THENCE, SOUTH 07 DEGREES 44 MINUTES 06 SECONDS EAST A DISTANCE OF 102.28 FEET;

THENCE, SOUTH 00 DEGREES 36 MINUTES 33 SECONDS EAST A DISTANCE OF 91.39 FEET;

THENCE, SOUTH 01 DEGREES 21 MINUTES 49 SECONDS WEST A DISTANCE OF 197.32 FEET;

THENCE, SOUTH 01 DEGREES 09 MINUTES 10 SECONDS EAST A DISTANCE OF 48.39 FEET;

THENCE, SOUTH 27 DEGREES 40 MINUTES 29 SECONDS WEST A DISTANCE OF 35.23 FEET;

THENCE, SOUTH 10 DEGREES 29 MINUTES 35 SECONDS WEST A DISTANCE OF 40.21 FEET;

THENCE, SOUTH 02 DEGREES 38 MINUTES 04 SECONDS WEST A DISTANCE OF 95.24 FEET;

THENCE, SOUTH 10 DEGREES 10 MINUTES 05 SECONDS EAST A DISTANCE OF 127.07 FEET;

THENCE, SOUTH 00 DEGREES 52 MINUTES 28 SECONDS EAST A DISTANCE OF 40.48 FEET;

THENCE, SOUTH 09 DEGREES 37 MINUTES 00 SECONDS EAST A DISTANCE OF 95.17 FEET;

THENCE, SOUTH 14 DEGREES 12 MINUTES 01 SECONDS WEST A DISTANCE OF 41.77 FEET;

THENCE, SOUTH 09 DEGREES 20 MINUTES 50 SECONDS WEST A DISTANCE OF 188.86 FEET;

THENCE, SOUTH 01 DEGREES 31 MINUTES 16 SECONDS WEST A DISTANCE OF 88.76 FEET;

THENCE, SOUTH 08 DEGREES 46 MINUTES 58 SECONDS WEST A DISTANCE OF 109.03 FEET;

THENCE, SOUTH 02 DEGREES 30 MINUTES 02 SECONDS EAST A DISTANCE OF 45.05 FEET;

THENCE, SOUTH 12 DEGREES 08 MINUTES 27 SECONDS WEST A DISTANCE OF 51.58 FEET;

THENCE, SOUTH 07 DEGREES 56 MINUTES 33 SECONDS WEST A DISTANCE OF 75.28 FEET;

THENCE, SOUTH 26 DEGREES 17 MINUTES 55 SECONDS WEST A DISTANCE OF 21.54 FEET;

THENCE, SOUTH 02 DEGREES 38 MINUTES 14 SECONDS EAST A DISTANCE OF 23.95 FEET;

THENCE, SOUTH 22 DEGREES 42 MINUTES 31 SECONDS WEST A DISTANCE OF 99.56 FEET;

THENCE, SOUTH 48 DEGREES 40 MINUTES 46 SECONDS EAST A DISTANCE OF 44.31 FEET;

THENCE, SOUTH 31 DEGREES 55 MINUTES 47 SECONDS EAST A DISTANCE OF 24.05 FEET;

THENCE, SOUTH 09 DEGREES 42 MINUTES 33 SECONDS EAST A DISTANCE OF 137.32 FEET;

THENCE, SOUTH 04 DEGREES 04 MINUTES 27 SECONDS WEST A DISTANCE OF 88.54 FEET;

THENCE, SOUTH 62 DEGREES 50 MINUTES 50 SECONDS EAST A DISTANCE OF 20.99 FEET TO A 30 INCH OAK TREE;

THENCE, SOUTH 03 DEGREES 34 MINUTES 09 SECONDS WEST A DISTANCE OF 450.25 FEET TO A ONE HALF INCH REBAR FOUND AT THE COMMON CORNER OF LAND LOTS 3,4,29 AND 30, OF THE 14TH LAND DISTRICT, G.M.D. 609, BUTTS COUNTY GEORGIA;

THENCE, PROCEED ALONG REMNANTS OF AN OLD WIRE FENCE THE FOLLOWING COURSES AND DISTANCES:

PROCEED, NORTH 63 DEGREES 50 MINUTES 22 SECONDS WEST A DISTANCE OF 19.31 FEET;

THENCE, NORTH 84 DEGREES 00 MINUTES 14 SECONDS WEST A DISTANCE OF 76.51 FEET;

THENCE, SOUTH 86 DEGREES 09 MINUTES 22 SECONDS WEST A DISTANCE OF 156.23 FEET;

THENCE, NORTH 80 DEGREES 44 MINUTES 46 SECONDS WEST A DISTANCE OF 84.28 FEET;

THENCE, SOUTH 88 DEGREES 07 MINUTES 11 SECONDS WEST A DISTANCE OF 90.16 FEET;

THENCE, SOUTH 83 DEGREES 25 MINUTES 58 SECONDS WEST A DISTANCE OF 59.00 FEET;

THENCE, NORTH 88 DEGREES 53 MINUTES 27 SECONDS WEST A DISTANCE OF 113.39 FEET;

THENCE, NORTH 88 DEGREES 47 MINUTES 35 SECONDS WEST A DISTANCE OF 262.13 FEET;

THENCE, NORTH 86 DEGREES 12 MINUTES 00 SECONDS WEST A DISTANCE OF 50.96 FEET;

THENCE, NORTH 87 DEGREES 35 MINUTES 15 SECONDS WEST A DISTANCE OF 74.96 FEET;

THENCE, NORTH 87 DEGREES 32 MINUTES 47 SECONDS WEST A DISTANCE OF 166.39 FEET;

THENCE, NORTH 87 DEGREES 08 MINUTES 40 SECONDS WEST A DISTANCE OF 48.72 FEET;

THENCE, SOUTH 84 DEGREES 08 MINUTES 23 SECONDS WEST A DISTANCE OF 56.09 FEET;

THENCE, SOUTH 77 DEGREES 15 MINUTES 03 SECONDS WEST A DISTANCE OF 39.47 FEET;

THENCE, SOUTH 87 DEGREES 47 MINUTES 39 SECONDS WEST A DISTANCE OF 119.10 FEET;

THENCE, SOUTH 87 DEGREES 31 MINUTES 04 SECONDS WEST A DISTANCE OF 107.88 FEET TO A ONE HALF INCH REBAR SET;

THENCE, SOUTH 89 DEGREES 11 MINUTES 55 SECONDS WEST A DISTANCE OF 1,453.02 FEET TO A 3/4 INCH OPEN TOP PIPE FOUND AT THE COMMON CORNER OF LAND LOTS 3, 4, 30 AND 59;

THENCE, WITH THE WEST LINE OF LAND LOT 3, NORTH 01 DEGREES 15 MINUTES 40 SECONDS EAST A DISTANCE OF 2968.76 FEET TO THE ***POINT OF BEGINNING***.

SAID TRACT OR PARCEL CONTAINING ***300.41 ACRES (13,085,757 SQUARE FEET)***.

ALTA/NSPS LAND TITLE SURVEY FOR BUTTS 1177, LLC & OLD REPUBLIC NATIONAL TITLE INSURANCE COMPANY LAND LOTS 2, 3, 30 & 31, 14TH LAND DISTRICT, G.M.D. 609 BUTTS COUNTY, GEORGIA DATED 2-21-2019 REVISED 5-03-2022 BY FALCON DESIGNS CONSULTANTS. STOCKBRIDGE OFFICE 235 CORP. CTR. DR., STE 200 STOCKBRIDGE, GA 30281