# Exhibit F

PLEASE RETURN THIS DOCUMENT TO:
ALLEN L. LACEY, JR.
ATTORNEY AT LAW
P.O. BOX 356
COMMERCE, GA 30529

Deed Doc: WD
Recorded 05/24/2023 10:28AM
Georgia Transfer Tax Paid : $0.00
Morgan Ward
Clerk Superior Court, BUTTS County, Ga.
Bk 00992 Pg 0152-0156

PT-61-018-2023-000449

**WARRANTY DEED**

**STATE OF GEORGIA**

**COUNTY OF BUTTS**

**THIS INDENTURE,** made this 22nd day of May, in the year of our Lord Two Thousand Twenty-Three, between **BUTTS 300, LLC,** of the State of Georgia, of the first part, and **BUTTS 1177, LLC,** of the State of Georgia, of the second part;

**WITNESSETH:**

That the said party of the first part, for and in consideration of the sum of **TEN ($10.00) DOLLARS AND OTHER GOOD AND VALUABLE CONSIDERATIONS,** in hand paid, at and before the sealing and delivery of these presents, the receipt of which is hereby acknowledged, have granted, bargained, sold and conveyed, and by these presents do grant, bargain, sell and convey, unto the said party of the second part, his/her heirs, assigns, and successors in title, the following described property:

**See Exhibit "A"**

**TO HAVE AND TO HOLD** the said bargained premises, together with all and singular the rights, members and appurtenances thereof, to the same being, belonging, or in anywise appertaining, to the only proper use, benefit and behoof of the said party of the second part, his/her heirs, assigns, and successors in title.

**AND THE SAID** party of the first part, for himself/herself and his/her heirs, executors, successors, and administrators, will warrant and forever defend the right and title to the above described property, unto the said party of the second part, his/her heirs, assigns, and successors in title, against the claims of all persons whomsoever.

**IN WITNESS WHEREOF,** the said party of the first part has hereunto set his/her hand and seal, the day and year first above written.

**BUTTS 300, LLC**

**BUTTS 1177, LLC, Member**

BY: GOLDEN EAGLE CAPITAL INVESTMENTS, LLC
Its Manager

By: ______________________ (L.S.)
Jeff R. Grant, Manager and Individually

By: ______________________ (L.S.)
Benjamin M. Helms, Manager and Individually

**GOLDEN EAGLE CAPITAL INVESTMENTS, LLC, Member**

By: ______________________ (L.S.)
Jeff R. Grant, Manager and Individually

By: ______________________ (L.S.)
Benjamin M. Helms, Manager and Individually

Signed, sealed and delivered in the presence of:

______________________
Witness

______________________
Notary Public

ALLEN L. LACEY JR
NOTARY
EXPIRES
GEORGIA
July 24, 2024
PUBLIC
JACKSON

**Exhibit "A"**

All that tract or parcel of land lying and being in Land Lots 2, 3, 30 and 31 of the 14th Land District, G.M.D. 609, Butts County Georgia, shown as Tract 2 in Plat Book 20, Page 244, Butts County Records, more particularly described as follows:

Beginning at a one half inch rebar found at the common corner of Land Lots 2 and 3 of the 14th Land District, G.M.D. 609, and Land Lots 29 and 30 of the 4th Land District, G.M.D. 614, Butts County Georgia;

Thence, leaving said Land Lot Line, North 15 degrees 27 minutes 53 seconds East a distance of 536.89 feet to a one half inch rebar found;

Thence, North 26 degrees 32 minutes 14 seconds East a distance of 1,045.59 feet to a one half inch flat iron found;

Thence, North 89 degrees 27 minutes 43 seconds East a distance of 363.64 feet to a one half inch rebar found;

Thence, North 89 degrees 11 minutes 56 seconds East a distance of 1,860.60 feet to a one half inch rebar set on the West right-of-way of Georgia Highway Number 87 (200' R/W);

Thence, South 26 degrees 29 minutes 09 seconds East along said right-of-way a distance of 1,665.04 feet to a one half inch iron rebar set;

Thence leaving the West right-of-way of Georgia Highway 87, proceed South 84 degrees 33 minutes 02 seconds West a distance of 202.17 feet

Thence proceed along remnants of an old wire fence the following courses and distances;

Proceed, North 75 degrees 35 minutes 05 seconds West a distance of 28.90 feet;

Thence, North 81 degrees 58 minutes 54 seconds West a distance of 85.89 feet;

Thence, North 88 degrees 17 minutes 19 seconds West a distance of 40.84 feet;

Thence, South 86 degrees 57 minutes 44 seconds West a distance of 99.05 feet;

Thence, South 81 degrees 50 minutes 33 seconds West a distance of 86.39 feet;

Thence, South 83 degrees 23 minutes 58 seconds West a distance of 67.98 feet to a one half inch rebar found at the common corner of Land Lots 2,3,30 and 31, of the 14th Land District, G.M.D. 609, Butts County Georgia;

Thence continuing along remnants of an old wire fence the following courses and distance;

Proceed, South 13 degrees 41 minutes 10 seconds West a distance of 65.02 feet;

Thence, South 03 degrees 58 minutes 48 seconds East a distance of 177.12 feet;

Thence, South 04 degrees 43 minutes 35 seconds West a distance of 119.84 feet;

Thence, South 05 degrees 14 minutes 32 seconds East a distance of 105.56 feet;

Thence, South 03 degrees 28 minutes 40 Seconds West a distance of 119.58 feet to an iron axle found;

Thence, South 08 degrees 37 minutes 47 seconds West a distance of 17.56 feet to an iron axle found;

Thence continuing along remnants of an old wire fence the following courses and distances;

Thence, South 07 degrees 44 minutes 06 seconds East a distance of 102.28 feet;

Thence, South 00 degrees 36 minutes 33 seconds East a distance of 91.39 feet;

Thence, South 01 Degrees 21 minutes 49 seconds West a distance of 197.32 feet;

Thence, South 01 degrees 09 minutes 10 seconds East a distance of 48.39 feet;

Thence, South 27 degrees 40 minutes 29 seconds West a distance of 35.23 feet;

Thence, South 10 degrees 29 minutes 35 seconds West a distance of 40.21 feet;

Thence, South 02 degrees 38 minutes 04 seconds West a distance of 95.24 feet;

Thence, South 10 degrees 10 minutes 05 seconds East a distance of 127.07 feet;

Thence, South 00 degrees 52 minutes 28 seconds East a distance of 40.48 feet;

Thence, South 09 degrees 37 minutes 00 seconds East a distance of 95.17 feet;

Thence, South 14 degrees 12 minutes 01 seconds West a Distance of 41.77 feet;

Thence, South 09 degrees 20 minutes 50 seconds west a distance of 188.86 feet;

Thence, South 01 degrees 31 minutes 16 seconds West a distance of 88.76 feet;

Thence, South 08 degrees 46 minutes 58 seconds West a distance of 109.03 feet;

Thence, South 02 degrees 30 minutes 02 seconds East a distance of 45.05 feet;

Thence, South 12 degrees 08 minutes 27 seconds West a distance of 51.58 feet;

Thence, South 07 degrees 56 minutes 33 seconds West a distance of 75.28 feet;

Thence, South 26 degrees 17 minutes 55 seconds West a distance of 21.54 feet;

Thence, South 02 degrees 38 minutes 14 seconds East a distance of 23.95 feet;

Thence, South 22 degrees 42 minutes 31 seconds West a distance of 99.56 feet;

Thence, South 48 degrees 40 minutes 46 seconds East a distance of 44.31 feet;

Thence, South 31 degrees 55 minutes 47 seconds East a distance of 24.05 feet;

Thence, South 09 degrees 42 minutes 33 seconds East a distance of 137.32 feet;

Thence, South 04 degrees 04 minutes 27 seconds West a distance of 88.54 feet;

Thence, South 62 degrees 50 minutes 50 seconds East a distance of 20.99 feet to a 30 inch Oak Tree;

Thence, South 03 degrees 34 minutes 09 seconds West a distance of 450.25 feet to a one half inch rebar found at the common corner of Land Lots 3,4,29 and 30, of the 14th Land District, G.M.D. 609, Butts County Georgia;

Thence, proceed along remnants of an old wire fence the following courses and distances;

Proceed, North 63 degrees 50 minutes 22 seconds West a distance of 19.31 feet;

Thence, North 84 degrees 00 minutes 14 seconds West a distance of 76.51 feet;

Thence, South 86 degrees 09 minutes 22 seconds West a distance of 156.23 feet;

Thence, North 80 degrees 44 minutes 46 seconds West a distance of 84.28 feet;

Thence, South 88 degrees 07 minutes 11 seconds West a distance of 90.16 feet;

Thence, South 83 degrees 25 minutes 58 seconds West a distance of 59.00 feet;

Thence, North 88 degrees 53 minutes 27 seconds west a distance of 113.39 feet;

Thence, North 88 degrees 47 minutes 35 seconds West a distance of 262.13 feet;

Thence, North 86 degrees 12 minutes 00 seconds West a distance of 50.96 feet;

Thence, North 87 degrees 35 minutes 15 seconds West a distance of 74.96 feet;

Thence, North 87 degrees 32 minutes 47 seconds West a distance of 166.39 feet;

Thence, North 87 degrees 08 minutes 40 seconds West a distance of 48.72 feet;

Thence, South 84 degrees 08 minutes 23 seconds West a distance of 56.09 feet;

Thence, South 77 degrees 15 minutes 03 seconds West a distance of 39.47 feet;

Thence, South 87 degrees 47 minutes 39 seconds West a distance of 119.10 feet;

Thence, South 87 degrees 31 minutes 04 seconds West a distance of 107.88 feet to a one half inch rebar set;

Thence, South 89 degrees 11 minutes 55 seconds West a distance of 1,453.02 feet to a 3/4 inch open top pipe found at the common corner of Land Lots 3, 4, 30 and 59;

Thence, with the west line of Land Lot 3, North 01 degrees 15 minutes 40 seconds East a distance of 2968.76 feet to the point of beginning.

Said tract or parcel containing 300.41 acres (13,085,757 Square Feet).

ALTA/NSPS land title survey for Butts 1177, LLC & Old Republic National Title Insurance Company Land Lots 2, 3, 30 & 31, 14th Land District, G.M.D. 609 Butts County, Georgia dated 2-21-2019 revised 5-03-2022 by falcon designs consultants, Stockbridge office 235 Corp. CTR. DR., Ste 200 Stockbridge, GA 30281.