# Exhibit I

PLEASE RETURN THIS DOCUMENT TO:
ALLEN L. LACEY, JR.
ATTORNEY AT LAW
P.O. BOX 356
COMMERCE, GA 30529

Deed Doc: ASGN
Recorded 05/28/2024 02:39PM

Morgan Ward
Clerk Superior Court, BUTTS County, Ga.
Bk 01011 Pg 0327

**STATE OF GEORGIA**

**COUNTY OF JACKSON**

**ASSIGNMENT OF DEED TO SECURE DEBT**

FOR VALUE RECEIVED, **William Stacey Britt,** (Assignor), hereby sells, assigns, transfers and sets over to **JDS Holdings LLC,** 6224 Sugarloaf Parkway, Suite 160, Duluth, GA 30097, (Assignee), its successors and/or assigns, all its rights, title and interest in and to a certain Deed to Secure Debt dated May 22, 2023, executed by Butts 1177, LLC, in the principal sum of $2,355,000.00 and filed for record in the Office of the Clerk of Superior Court of Butts County, Georgia and recorded in **Deed Book 992, Page 157,** aforesaid records. The Assignor specifically sells, assigns, transfers and sets over to the Assignee, its successors and assigns, the aforesaid Deed to Secure Debt, the property described therein, the indebtedness secured thereby, with all powers, options, privileges and immunities therein contained. The Assignor has this day sold and endorsed to the Assignee, the Note secured by the aforesaid Deed to Secure Debt, and this Assignment is made to secure the Assignee, its successors and assigns, in the payment of the Said Note.

IN WITNESS WHEREOF, the Assignor has hereunto set its hand and affixed its seal by and through its seal and its duly authorized officers, this 21st day of May, 2024.

[signature]
**WILLIAM STACEY BRITT**

Signed, Sealed and Delivered
in the presence of:

[signature]
WITNESS

[signature]
NOTARY PUBLIC

ALLEN L. LACEY JR.
NOTARY
EXPIRES
GEORGIA
July 24, 2024
PUBLIC
JACKSON COUNTY