# Exhibit L

E-Filed By:
Butts County Clerks Office
Clerk of Courts Morgan V Ward
05/22/2025 03:03 PM
Deed Book: 01031
Page: 0723-0728
$25.00 Base Filing Fee
$6,455.60 PT-61 Tax
PT 61: 018-2025-000524

After recording return to:

David O. Harris
232 Eagles Landing Way
McDonough, GA 30253

**STATE OF GEORGIA**

**HENRY COUNTY**

RE: Butts County Tax Parcel No. 00660 00000 025 000 & 00780 00000 003 000

**LIMITED WARRANTY DEED**

THIS LIMITED WARRANTY DEED is made as of the 15th day of May, 2025, by and between **BUTTS 1177, LLC**, a Georgia limited liability company, whose address is 120 S. Zack Hinton Parkway, McDonough, GA 30253 (the "Grantor"), and **WILLIAM T. MYLES, SR. FAMILY, L.L.L.P.**, a Georgia limited liability limited partnership, whose address is 105 Short Road, Jackson, GA 30233 (the "Grantee").

W I T N E S S E T H:

FOR AND IN CONSIDERATION of the premises, the sum of TEN AND NO/100 DOLLARS ($10.00) in hand paid at and before the sealing and delivery of these presents, and for other good and valuable consideration, the receipt, adequacy and sufficiency of which are hereby acknowledged, Grantor has granted, bargained, sold, aliened, conveyed and transferred, and by these presents does grant, bargain, sell, alien, convey and transfer unto Grantee the real property more particularly described on Exhibit "A" attached hereto and made a part hereof (the "Property").

TOGETHER WITH all and singular the rights, members and appurtenances in and to the Property anywise appertaining or belonging thereto.

The Property is conveyed by Grantor subject to those matters set forth on Exhibit "B" attached hereto and incorporated herein by this reference (the "Permitted Exceptions").

TO HAVE AND TO HOLD the Property, with all and singular the rights, members and appurtenances thereof, to the same being, belonging, or in anywise appertaining, to the only proper use, benefit and behoof of Grantee forever in fee simple, subject to the Permitted Exceptions.

AND Grantor shall warrant and forever defend the right and title to the Property unto Grantee against the claims of all persons claiming by, through or under Grantor, excepting only those claims arising by reason of the Permitted Exceptions.

This instrument shall inure to the benefit of, and shall be binding upon, Grantor and Grantee and their respective successors and assigns.

[SIGNATURES APPEAR ON FOLLOWING PAGE]

[SIGNATURE PAGE TO LIMITED WARRANTY DEED]

IN WITNESS WHEREOF, Grantor has caused this instrument to be executed by its duly authorized Manager as of the day and year first above written.

Signed, sealed and delivered in the presence of:

**GRANTOR:**

**BUTTS 1177, LLC**, a Georgia limited liability company

BY: SOUTHERN CONSULTING SERVICES, INC.
Its Manager

By: ______________________
Jeffery R. Grant,
Its President & Sole Shareholder

{Corporate Seal}

Corporate Seal

______________________
Witness

______________________
Notary Public

[NOTARY PUBLIC SEAL]

MICHELLE Y. SAADE NOTARY PUBLIC MY COMMISSION EXPIRES FEBRUARY 18, 2026 HENRY COUNTY, GEORGIA

# EXHIBIT B

(Permitted Title Exceptions)

Those matters identified as Items 9 through 16 on Schedule B, Part II of that certain ALTA Commitment for Title Insurance issued by First American Title Insurance Company under its File No. 181.099, a copy of said schedule being attached hereto and incorporated herein by reference.

# EXHIBIT A

## REAL PROPERTY

Parcel 1:

All that certain tract or parcel of land lying and being in Land Lots 2 and 3 of the 14th Land District and Land Lots 27, 28, 30, 31, 32, 58 and 59 of the 4th Land District in Butts County, Georgia, containing 990.4 gross acres (986.1 net acres plus 4.3 acres in R/W's) and being shown on plat of survey prepared by Byron L. Farmer, R.L.S. No. 1679, dated December, 1978, and recorded in Plat Book 6, Page 176, Clerk's Office, Butts Superior Court, which plat and the record thereof are incorporated herein by reference thereto, said lands being more particularly described as follows: FOR POINT OF BEGINNING commence at the point shown as point #1 on the above mentioned plat located on the centerline of an unimproved county road (iron pin 15 feet back); thence S8°10'W, 208.5 feet to an axel; thence S7°38'W, 583.5 feet to an iron pin; thence S53°50'W 772.4 feet to an iron pin; thence S73°55'E, 263.8 feet to a point; thence S57°39'E, 228.0 feet to a point; thence S25°24'E, 647.0 feet to a point; thence S33°20'E, 289.7 feet to a point; thence S72°51'E, 468.0 feet to a point on the centerline of Big Sandy Creek; thence along the centerline of Big Sandy Creek the following degrees and distances, S49°55'E, 215.3 feet; S15°12'E, 184.7 feet; S32°44'E, 635.8 feet; N89°10'E, 150.0 feet; S57°00'E, 141.3 feet; N47°56'E, 108.6 feet; S81°59'E, 217.0 feet; N80°41'E, 255.6 feet; N89°46'E, 323.5 feet; N79°31'E, 186.2 feet to a point (iron pin 55 feet back on line); thence S88°43'E, 470.5 feet to an iron pin located at the common corner of Land Lot Numbers 28, 29, 30 and 31; thence S79°33'E, 598.7 feet to a point; thence S87°21'E, 709.4 feet to an iron pin; thence S79°09'E, 163.9 feet to a point; thence S87°24'E, 1208.7 feet to a point; thence N81°35'E, 374.4 feet to an 18 inch Gum tree; thence N17°59'E, 536.8 feet to a 30 inch Pine tree; thence S87°31'E, 1464.3 feet to an iron pin; thence S4°17'W, 573.5 feet to a 24 inch Sweet Gum tree; thence S47°13'W, 242.8 feet to a 24 inch Pine tree; thence S7°20'W, 2753.7 feet to a 36 inch dead Pine tree; thence N88°24'W, 1452.4 feet to an iron pin; thence S8°33'W, 630.1 feet to an iron pin; thence N83°54'E, 83.0 feet to a point on the centerline of Big Sandy Creek (iron pin 13 feet back on bank), thence along the centerline of Big Sandy Creek the following degrees and distances, S27°26'W, 201.2 feet; N71°23'W, 350.3 feet; S40°00'W, 177.5 feet; S17°12'E, 247.3 feet; S31°50'W, 466.4 feet; N74°39'W, 233.6 feet; N31°36'W, 372.4 feet; N40°37'W, 269.1 feet; N16°22'E, 220.8 feet; N42°31'E, 372.8 feet; N19°41'E, 144.9 feet to a point (concrete monument and iron pin 30 feet back); thence N87°46'W, 2030.0 feet to an iron pin and concrete monument located at the common corner of Land Lot Numbers 30, 31, 58 and 59; thence S1°53'W, 628.3 feet to an iron pin; thence N89°25'W, 1305.6 feet to a point on the centerline of an unimproved county road (iron pin on line 20 feet back); thence along the centerline of said unimproved county road the following degrees and distances, N35°03'W, 169.2 feet; N49°46'W, 409.8 feet; N58°49'W, 280.8 feet; N50°43'W, 363.7 feet; N88°07'W, 362.6 feet; N84°33'W, 1076.9 feet; N87°58'W, 401.1 feet; N81°04'W, 399.9 feet; N85°55'W, 300.1 feet; N85°36'W, 581.9 feet to a point (iron pin 15 feet back on bank); thence N1°15'W, 1034.8 feet to an iron pin; thence N87°11'W, 353.4 feet to the centerline of an ingress and egress road; thence along the centerline of said ingress and egress road the following degrees and distances, N26°50'W, 271.7 feet; N9°01'W, 170.4 feet; N22°10'W, 410.2 feet; N18°24'W, 500.1 feet to a point (iron pin 40 feet back on line); thence N17°25'E, 2037.6 feet to an iron pin; thence N25°24'E, 467.5 feet to a point; thence N6°23'E, 422.8 feet to a point on the centerline of an unimproved county road (iron pin 30 feet back) located approximately 0.2 miles east of State Hwy. No. 42; thence along the centerline of said unimproved county road the following degrees and distances, S88°00'E, 252.9 feet; N79°31'E, 105.0 feet; N51°30'E, 113.9 feet; N44°31'E, 359.5 feet; N54°09'E, 196.2 feet; N67°22'E, 107.0 feet; N82°51'E, 108.3 feet; S81°06'E, 380.3 feet; S86°04'E, 413.5 feet; S67°05'E, 295.0 feet; S54°37'E, 173.9 feet to the POINT OF BEGINNING.

Parcel 2:

ALL that tract or parcel of land lying and being in the 609th District, G.M., Butts County, Georgia on the West side of State Highway No. 87 about 1.1 miles South of the limits of the Town of Flovilla, consisting of 187.1 acres, more or less, fronting East on said highway and more particularly described as follows:

BEGINNING at a point on the West side of said highway on the North-South dividing line of Land Lots 30 and 31 adjacent to the West boundary of said highway; thence from said point of beginning S89°30'W, 675 feet to a point; thence S0°30'E, 2978 feet to a point, which point is a large Pine Tree; thence S89°30'W, 1515 feet along a fence row to a point, which point is a large Pine Tree; thence N0°30'W, 2802 feet along a fence row to a point; thence N50°E, 250 feet to a point; thence N0°30'W, 580 feet along a fence row to a point; thence S89°30'W, 1650 feet along a fence row to a point; which point is a large Pine Tree; thence N26°E, 1050 feet to an iron pin; thence N89°30'E, 2260 feet to a point on the West boundary of said State Highway No. 87; thence S24°E, 1665 feet along the West boundary line of State Highway No. 87 to a point, which is the point of beginning.

LAND is described as per a plat of same prepared by P. B. Flournoy, Registered Surveyor, No. 1302, dated June 24, 1966 and said Plat being of record in the office of the Superior Court Clerk of Butts County, Georgia, in Plat Book 2, Page 35, and be reference the said plat is made a part of the above described tracts of land, identified as Parcel II.

Being a portion of the property conveyed to Plum Creek Timberlands, L.P. from Plum Creek Timber Company, Inc. by deed dated the 6th day of October, 2001, and recorded in Butts County, Georgia in Book 327, at Page 187; Plum Creek Timberlands, L.P. thereafter merged into Weyerhaeuser Company pursuant to that certain Affidavit of Merger recorded in Butts County, Georgia in Book 824, Page 374.

First American Title™

ALTA Commitment for Title Insurance

ISSUED BY

First American Title Insurance Company

# Schedule BI & BII

Commitment No.: 181.099

## SCHEDULE B, PART II

### Exceptions

9. Easement from Mrs.Robert Franklin to Georgia Power Company, dated May 14, 1964, filed for record July 25, 1964 at 8:00 a.m., recorded in Deed Book 31, Page 266, Records of Butts County, Georgia.

10. Right of Way Deed from George Henderson, et al to Butts County, a political subdivision of the State of Georgia, dated May 10, 1967, filed for record June 7, 1967 at 8:55 a.m., recorded in Deed Book 35, Page 437, aforesaid records.

11. Right of Way Deed from Robert Franklin to Butts County, Georgia, dated May 4, 1978, filed for record May 4, 1978 at 11:45 a.m., recorded in Deed Book 67, Page 748, aforesaid records.

12. Service Agreement by and between Georgia Pacific Corporation and the Central Georgia Electric Membership Corporation, a corporation, dated April 23, 1979, filled for record November 9, 1979 at 12:54 p.m., recorded in Deed Book 74, Page 107, aforesaid records.

13. Terms, conditions, obligations, rights, reservations, and easements as contained in that certain Limited Warranty Deed from Weyerhaeuser Company, a Washington corporation to Butts 1177, LLC, A Georgia limited liability company, dated August 15, 2017, filed for record August 16, 2017 at 11:17 a.m., in Deed Book 838, Page 500, aforesaid records.

14. All matters as disclosed by that certain plat recorded in Plat Book 2, Page 35, aforesaid records.

15. All those matters as disclosed by that certain plat recorded in Plat Book 6, Slide B168, Page 176, aforesaid records.

16. All these matters as disclosed by that certain plat recorded in Plat Book 20, Page 244, in the office of the Clerk of the Superior Court Butts County, Georgia.

17. For informational purposes, the 2024 ad voluram taxes were paid as follows:

    a) Bill # 1946 in the amount of $10, 128.82 were paid on February 13, 2025, for tax parcel 00660 00000 025 000.
    b) Bill # 1947 in the amount of $3,490.47 were paid on February 13, 2025, for tax parcel 00780 00000 003 000.

*This page is only a part of a 2016 ALTA® Commitment for Title Insurance issued by First American Title Insurance Company. This Commitment is not valid without the Notice; the Commitment to Issue Policy; the Commitment Conditions; Schedule A; Schedule B, Part I—Requirements; Schedule B, Part II—Exceptions; and a counter-signature by the Company or its issuing agent that may be in electronic form.*

**Copyright 2006-2016 American Land Title Association. All rights reserved.**
The use of this Form (or any derivative thereof) is restricted to ALTA licensees and ALTA members in good standing as of the date of use. All other uses are prohibited. Reprinted under license from the American Land Title Association.

AMERICAN LAND TITLE ASSOCIATION