# Exhibit M

BUTTS 1177 LLC
120 S ZACK HINTON PARKWAY
MCDONOUGH, GA 30253
(404) 925-3917

September 9, 2025

Blessing Property Group, LLC
3550 Mall Blvd
Duluth, GA 30096

RE:
Butts 1177 LLC
82-3667282
Schedule K-1 from Partnership's 2024 Return of Income

Dear Blessing Property Group, LLC:

Enclosed is your 2024 Schedule K-1 (Form 1065) Partner's Share of Income, Deductions, Credits, Etc. from Butts 1177 LLC. This information reflects the amounts you need to complete your income tax return. The amounts shown are your distributive share of partnership tax items to be reported on your tax return, and may not correspond to actual distributions you have received during the year. This information is included in the Partnership's 2024 Federal Return of Partnership Income that was filed with the Internal Revenue Service.

If you have any questions concerning this information, please contact us immediately.

Sincerely,

Butts 1177 LLC

Enclosure(s)

# Partner's Capital Account Reconciliation

| Partnership Name | Employer I.D. number |
|---|---|
| BUTTS 1177 LLC | 82-3667282 |
| **Name of Partner** | **Partner's I.D. number** |
| BLESSING PROPERTY GROUP, LLC | 82-2587908 |

## I. SCHEDULE K-1, ITEM L:

| | | |
|---|---|---|
| BEGINNING CAPITAL ACCOUNT | | 1,138,405. |
| CAPITAL CONTRIBUTED DURING THE YEAR | | |
| PARTNER'S SHARE OF LINES 3, 4 AND 7, FORM 1065, SCH. M-2: | | |
| TAX NET INCOME (LOSS) (line 3) | -1,881. | |
| OTHER INCREASES (line 4) | | |
| OTHER DECREASES (line 7) | | |
| TOTAL OF LINES 3, 4, AND 7 | | -1,881. |
| WITHDRAWALS AND DISTRIBUTIONS | | |
| ENDING CAPITAL ACCOUNT | | 1,136,524. |

## II. ANALYSIS OF PARTNER'S TAX INCOME (LOSS) FROM SCHEDULE K-1:

**INCOME**

| | | |
|---|---|---|
| 1. | Ordinary business income or (loss) | -6. |
| 2. | Net rental real estate income (loss) | |
| 3. | Other net rental income (loss) | |
| 4. | Guaranteed payments | |
| 5. | Interest income | 105,197. |
| 6a. | Dividends | |
| 7. | Royalties | |
| 8. | Net short-term capital gain (loss) | |
| 9a. | Net long-term capital gain (loss) | |
| 10. | Net gain (loss) under section 1231 | |
| 11. | Other income | |
| | Total income | 105,191. |

**DEDUCTIONS**

| | | |
|---|---|---|
| 12. | Section 179 deduction | |
| 13. | Charitable contributions | |
| 13. | Investment interest expense | 92,652. |
| 13. | Section 59(e)(2) expenditures | |
| 13. | Other deductions | 14,420. |
| 21. | Total foreign taxes | |
| | Total deductions | 107,072. |

**TAX NET INCOME (LOSS).** Item A less Item B: -1,881.

## III. OTHER INCREASES (DECREASES):

**OTHER INCREASES:**

| | |
|---|---|
| Tax-exempt int. and tax-exempt other inc. | |
| Section 743(b) negative income adjustments | |
| Gain on disposition of Section 179 assets | |
| Recapture of Section 179 deduction | |
| Other | |
| Total other increases | |

**OTHER DECREASES:**

| | |
|---|---|
| Non-deductible expenses | |
| Guaranteed payments (other than health ins.) | |
| Section 743(b) positive income adjustments | |
| Loss on disposition of Section 179 assets | |
| Oil and gas depletion expense | |
| Other | |
| Total other decreases | |

651123

**Schedule K-1 (Form 1065)** **2024**
Department of the Treasury
Internal Revenue Service

For calendar year 2024, or tax year

beginning / / 2024 ending / /

☐ Final K-1 ☐ Amended K-1 OMB No. 1545-0123

## Partner's Share of Income, Deductions, Credits, etc.

See separate instructions.

## Part I Information About the Partnership

**A** Partnership's employer identification number

82-3667282

**B** Partnership's name, address, city, state, and ZIP code

BUTTS 1177 LLC
120 S ZACK HINTON PARKWAY
MCDONOUGH, GA 30253

**C** IRS center where partnership filed return: E-FILE

**D** ☐ Check if this is a publicly traded partnership (PTP)

## Part II Information About the Partner

**E** Partner's SSN or TIN (Do not use TIN of a disregarded entity. See instructions.)

82-2587908

**F** Name, address, city, state, and ZIP code for partner entered in E. See instructions.

BLESSING PROPERTY GROUP, LLC
3550 MALL BLVD
DULUTH, GA 30096

**G** ☐ General partner or LLC member-manager ☒ Limited partner or other LLC member

**H1** ☒ Domestic partner ☐ Foreign partner

**H2** ☐ If the partner is a disregarded entity (DE), enter the partner's: TIN ____ Name ____

**I1** What type of entity is this partner? PARTNERSHIP

**I2** If this partner is a retirement plan (IRA/SEP/Keogh/etc.), check here ☐

**J** Partner's share of profit, loss, and capital (see instructions):

| | Beginning | Ending |
|---|---|---|
| Profit | 40 % | 40 % |
| Loss | 40 % | 40 % |
| Capital | 39.999993 % | 39.999958 % |

Check if decrease is due to: ☐ Sale or ☐ Exchange of partnership interest. See instructions.

**K1** Partner's share of liabilities:

| | Beginning | Ending |
|---|---|---|
| Nonrecourse | $ 942,000. | $ |
| Qualified nonrecourse financing | $ | $ 942,000. |
| Recourse | $ | $ |

**K2** Check this box if item K1 includes liability amounts from lower-tier partnerships ☐

**K3** Check if any of the above liability is subject to guarantees or other payment obligations by the partner. See instructions ☐

**L** **Partner's Capital Account Analysis**

| | |
|---|---|
| **Beginning capital account** | $ 1,138,405. |
| Capital contributed during the year | $ |
| Current year net income (loss) | $ -1,881. |
| Other increase (decrease) (attach explanation) | $ |
| Withdrawals and distributions | $( ) |
| **Ending capital account** | $ 1,136,524. |

**M** Did the partner contribute property with a built-in gain (loss)?
☐ **Yes** ☒ **No** If "Yes," attach statement. See instructions.

**N** **Partner's Share of Net Unrecognized Section 704(c) Gain or (Loss)**

Beginning $
Ending $

## Part III Partner's Share of Current Year Income, Deductions, Credits, and Other Items

| Box | Item | Amount |
|---|---|---|
| 1 | Ordinary business income (loss) | -6. |
| 2 | Net rental real estate income (loss) | |
| 3 | Other net rental income (loss) | |
| 4a | Guaranteed payments for services | |
| 4b | Guaranteed payments for capital | |
| 4c | Total guaranteed payments | |
| 5 | Interest income | 105,197. |
| 6a | Ordinary dividends | |
| 6b | Qualified dividends | |
| 6c | Dividend equivalents | |
| 7 | Royalties | |
| 8 | Net short-term capital gain (loss) | |
| 9a | Net long-term capital gain (loss) | |
| 9b | Collectibles (28%) gain (loss) | |
| 9c | Unrecaptured section 1250 gain | |
| 10 | Net section 1231 gain (loss) | |
| 11 | Other income (loss) | |
| 12 | Section 179 deduction | |
| 13 | Other deductions | |
| H | | 92,652. |
| ZZ* | | 14,420. |
| 14 | Self-employment earnings (loss) | |
| 15 | Credits | |
| 16 | Schedule K-3 is attached if checked | ☒ |
| 17 | Alternative minimum tax (AMT) items | |
| 18 | Tax-exempt income and nondeductible expenses | |
| 19 | Distributions | |
| 20 | Other information | |
| A | | 105,197. |
| AJ* | STMT | |
| Z* | STMT | |
| 21 | Foreign taxes paid or accrued | |

**22** ☐ More than one activity for at-risk purposes*
**23** ☐ More than one activity for passive activity purposes*

*See attached statement for additional information.

For IRS Use Only



PARTNER 3 PTPA0312L 08/14/24

**BOX 13**
**OTHER DEDUCTIONS**

*** DESCRIPTIVE INFORMATION**

| | | | |
|---|---|---|---|
| ZZ | AMORTIZATION | $ | 14,420. |

**BOX 20**
**OTHER INFORMATION**

*** DESCRIPTIVE INFORMATION**

| | | | |
|---|---|---|---|
| AJ | AGGREGATE BUSINESS ACTIVITY TOTAL DEDUCTIONS | $ | 107,077. |

**Statement A — QBI Pass-through Entity Reporting (Schedule K-1, Box 20, Code Z)**

| | |
|---|---|
| **Partnership's name:** BUTTS 1177 LLC | **Partnership's EIN:** 82-3667282 |
| **Partner's name:** BLESSING PROPERTY GROUP, LLC | **Partner's identifying number:** 82-2587908 |

| **Partner's share of:** | BUTTS 1177 LLC<br>☐ PTP<br>☐ Aggregated<br>☐ SSTB | ☐ PTP<br>☐ Aggregated<br>☐ SSTB | ☐ PTP<br>☐ Aggregated<br>☐ SSTB |
|---|---|---|---|
| **QBI or qualified PTP items subject to partner-specific determinations:** | | | |
| Ordinary business income (loss) | -6. | | |
| Rental income (loss) | | | |
| Royalty income (loss) | | | |
| Section 1231 gain (loss) | | | |
| Other income (loss) | | | |
| Section 179 deduction | | | |
| Other deductions | | | |
| **W-2 wages** | | | |
| **UBIA of qualified property** | | | |
| **Qualified REIT dividends** | | | |

| **Partner's share of:** | ☐ PTP<br>☐ Aggregated<br>☐ SSTB | ☐ PTP<br>☐ Aggregated<br>☐ SSTB | ☐ PTP<br>☐ Aggregated<br>☐ SSTB |
|---|---|---|---|
| **QBI or qualified PTP items subject to partner-specific determinations:** | | | |
| Ordinary business income (loss) | | | |
| Rental income (loss) | | | |
| Royalty income (loss) | | | |
| Section 1231 gain (loss) | | | |
| Other income (loss) | | | |
| Section 179 deduction | | | |
| Other deductions | | | |
| **W-2 wages** | | | |
| **UBIA of qualified property** | | | |

PARTNER 3

☐ Final K-3 ☐ Amended K-3

**Schedule K-3 (Form 1065)**

Department of the Treasury Internal Revenue Service

# Partner's Share of Income, Deductions, Credits, etc. — International

For calendar year 2024, or tax year beginning ____________, ending ____________

**See separate instructions.**

OMB No. 1545-0123

**2024**

| **Information About the Partnership** | **Information About the Partner** |
|---|---|
| **A** Partnership's employer identification number (EIN)<br>82-3667282 | **C** Partner's social security number (SSN) or taxpayer identification number (TIN) (Do not use TIN of a disregarded entity. See instructions.)<br>82-2587908 |
| **B** Partnership's name, address, city, state, and ZIP code<br>BUTTS 1177 LLC<br>120 S ZACK HINTON PARKWAY<br>MCDONOUGH, GA 30253 | **D** Name, address, city, state, and ZIP code for partner entered in box C. See instructions.<br>BLESSING PROPERTY GROUP, LLC<br>3550 MALL BLVD<br>DULUTH, GA 30096 |

**E** Check to indicate the parts of Schedule K-3 that apply.

| | | | Yes | No |
|---|---|---|---|---|
| 1 | Does Part I apply? If "Yes," complete and attach Part I | 1 | | X |
| 2 | Does Part II apply? If "Yes," complete and attach Part II | 2 | X | |
| 3 | Does Part III apply? If "Yes," complete and attach Part III | 3 | | X |
| 4 | Does Part IV apply? If "Yes," complete and attach Part IV | 4 | | X |
| 5 | Does Part V apply? If "Yes," complete and attach Part V | 5 | | X |
| 6 | Does Part VI apply? If "Yes," complete and attach Part VI | 6 | | X |
| 7 | Does Part VII apply? If "Yes," complete and attach Part VII | 7 | | X |
| 8 | Does Part VIII apply? If "Yes," complete and attach Part VIII | 8 | | X |
| 9 | Does Part IX apply? If "Yes," complete and attach Part IX | 9 | | X |
| 10 | Does Part X apply? If "Yes," complete and attach Part X | 10 | | X |
| 11 | Does Part XI apply? If "Yes," complete and attach Part XI | 11 | | X |
| 12 | Does Part XII apply? If "Yes," complete and attach Part XII | 12 | | X |
| 13 | Does Part XIII apply? If "Yes," complete and attach Part XIII | 13 | | X |

For IRS Use Only

| Name of partnership | EIN | Name of partner | SSN or TIN |
|---|---|---|---|
| BUTTS 1177 LLC | 82-3667282 | BLESSING PROPERTY GROUP, LLC | 82-2587908 |

## Part I Partner's Share of Partnership's Other Current Year International Information

Check box(es) for additional specified attachments. See instructions.

- ☐ 1 Gain on personal property sale
- ☐ 2 Foreign oil and gas taxes
- ☐ 3 Splitter arrangements
- ☐ 4 Foreign tax translation
- ☐ 5 High-taxed income
- ☐ 6 Section 267A disallowed deduction
- ☐ 7 Reserved for future use
- ☐ 8 Form 5471 information
- ☐ 9 Other forms
- ☐ 10 Partner loan transactions
- ☐ 11 Dual consolidated loss
- ☐ 12 Form 8865 information
- ☐ 13 Other international items (attach description and statement)

## Part II Foreign Tax Credit Limitation

### Section 1 — Gross Income

| Description | (a) U.S. source | Foreign Source | | | | (f) Sourced by partner | (g) Total |
|---|---|---|---|---|---|---|---|
| | | (b) Foreign branch category income | (c) Passive category income | (d) General category income | (e) Other (category code ____ ) | | |
| 1 Sales | | | | | | | |
| A | | | | | | | |
| B | | | | | | | |
| C | | | | | | | |
| 2 Gross income from performance of services | | | | | | | |
| A | | | | | | | |
| B | | | | | | | |
| C | | | | | | | |
| 3 Gross rental real estate income | | | | | | | |
| A | | | | | | | |
| B | | | | | | | |
| C | | | | | | | |
| 4 Other gross rental income | | | | | | | |
| A | | | | | | | |
| B | | | | | | | |
| C | | | | | | | |
| 5 Guaranteed payments. . . . . . . . . . . . . | | | | | | | |
| 6 Interest income | | | | | | | |
| A US | 105,197. | | | | | | 105,197. |
| B | | | | | | | |
| C | | | | | | | |
| 7 Ordinary dividends (exclude amount on line 8) | | | | | | | |
| A | | | | | | | |
| B | | | | | | | |
| C | | | | | | | |



PARTNER 3

| Name of partnership | EIN | Name of partner | SSN or TIN |
|---|---|---|---|
| BUTTS 1177 LLC | 82-3667282 | BLESSING PROPERTY GROUP, LLC | 82-2587908 |

## Part II Foreign Tax Credit Limitation *(continued)*

### Section 1 — Gross Income *(continued)*

| | Description | (a) U.S. source | Foreign Source | | | | (f) Sourced by partner | (g) Total |
|---|---|---|---|---|---|---|---|---|
| | | | (b) Foreign branch category income | (c) Passive category income | (d) General category income | (e) Other (category code ) | | |
| 8 | Qualified dividends | | | | | | | |
| A | | | | | | | | |
| B | | | | | | | | |
| C | | | | | | | | |
| 9 | Reserved for future use | | | | | | | |
| 10 | Royalties and license fees | | | | | | | |
| A | | | | | | | | |
| B | | | | | | | | |
| C | | | | | | | | |
| 11 | Net short-term capital gain | | | | | | | |
| A | | | | | | | | |
| B | | | | | | | | |
| C | | | | | | | | |
| 12 | Net long-term capital gain | | | | | | | |
| A | | | | | | | | |
| B | | | | | | | | |
| C | | | | | | | | |
| 13 | Collectibles (28%) gain | | | | | | | |
| A | | | | | | | | |
| B | | | | | | | | |
| C | | | | | | | | |
| 14 | Unrecaptured section 1250 gain | | | | | | | |
| A | | | | | | | | |
| B | | | | | | | | |
| C | | | | | | | | |
| 15 | Net section 1231 gain | | | | | | | |
| A | | | | | | | | |
| B | | | | | | | | |
| C | | | | | | | | |



PARTNER 3

| Name of partnership | EIN | Name of partner | SSN or TIN |
|---|---|---|---|
| BUTTS 1177 LLC | 82-3667282 | BLESSING PROPERTY GROUP, LLC | 82-2587908 |

**Part II Foreign Tax Credit Limitation** *(continued)*

**Section 1 — Gross Income** *(continued)*

| | Description | (a) U.S. source | Foreign Source | | | | (f) Sourced by partner | (g) Total |
|---|---|---|---|---|---|---|---|---|
| | | | (b) Foreign branch category income | (c) Passive category income | (d) General category income | (e) Other (category code ) | | |
| 16 | Section 986(c) gain . . . . . . . . . . . . . . . | | | | | | | |
| 17 | Section 987 gain. . . . . . . . . . . . . . . . . . | | | | | | | |
| 18 | Section 988 gain. . . . . . . . . . . . . . . . . . | | | | | | | |
| 19 | Reserved for future use | | | | | | | |
| A | | | | | | | | |
| B | | | | | | | | |
| C | | | | | | | | |
| 20 | Other income (see instructions) | | | | | | | |
| A | | | | | | | | |
| B | | | | | | | | |
| C | | | | | | | | |
| 21 | Reserved for future use | | | | | | | |
| A | | | | | | | | |
| B | | | | | | | | |
| C | | | | | | | | |
| 22 | Reserved for future use | | | | | | | |
| A | | | | | | | | |
| B | | | | | | | | |
| C | | | | | | | | |
| 23 | Reserved for future use | | | | | | | |
| A | | | | | | | | |
| B | | | | | | | | |
| C | | | | | | | | |
| 24 | **Total gross income** (combine lines 1 through 23) . . . . . . . . . . . . . . . . . . . . | 105,197. | | | | | | 105,197. |
| A | US | 105,197. | | | | | | 105,197. |
| B | | | | | | | | |
| C | | | | | | | | |



PARTNER 3

| Name of partnership | EIN | Name of partner | SSN or TIN |
|---|---|---|---|
| BUTTS 1177 LLC | 82-3667282 | BLESSING PROPERTY GROUP, LLC | 82-2587908 |

## Part II Foreign Tax Credit Limitation *(continued)*

### Section 2 — Deductions

| | Description | (a) U.S. source | Foreign Source: (b) Foreign branch category income | (c) Passive category income | (d) General category income | (e) Other (category code ______) | (f) Sourced by partner | (g) Total |
|---|---|---|---|---|---|---|---|---|
| 25 | Expenses allocable to sales income | 6. | | | | | | 6. |
| 26 | Expenses allocable to gross income from performance of services | | | | | | | |
| 27 | Net short-term capital loss | | | | | | | |
| 28 | Net long-term capital loss | | | | | | | |
| 29 | Collectibles loss | | | | | | | |
| 30 | Net section 1231 loss | | | | | | | |
| 31 | Other losses | | | | | | | |
| 32 | Research & experimental (R&E) expenses | | | | | | | |
| A | SIC code: | | | | | | | |
| B | SIC code: | | | | | | | |
| C | SIC code: | | | | | | | |
| 33 | Allocable rental expenses—depreciation, depletion, and amortization | | | | | | | |
| 34 | Allocable rental expenses—other than depreciation, depletion, and amortization | | | | | | | |
| 35 | Allocable royalty and licensing expenses—depreciation, depletion, and amortization | | | | | | | |
| 36 | Allocable royalty and licensing expenses—other than depreciation, depletion, and amortization | | | | | | | |
| 37 | Depreciation not included on line 33 or line 35 | | | | | | | |
| 38 | Charitable contributions | | | | | | | |
| 39 | Interest expense specifically allocable under Regulations section 1.861-10(e) | | | | | | | |
| 40 | Other interest expense specifically allocable under Regulations section 1.861-10T | | | | | | | |
| 41 | Other interest expense—business | | | | | | | |
| 42 | Other interest expense—investment | 92,652. | | | | | | 92,652. |
| 43 | Other interest expense—passive activity | | | | | | | |
| 44 | Section 59(e)(2) expenditures, excluding R&E expenses on line 32 | | | | | | | |
| 45 | Foreign taxes not creditable but deductible | | | | | | | |

SEE ATTACHMENT 5



PARTNER 3

| Name of partnership | EIN | Name of partner | SSN or TIN |
|---|---|---|---|
| BUTTS 1177 LLC | 82-3667282 | BLESSING PROPERTY GROUP, LLC | 82-2587908 |

## Part II Foreign Tax Credit Limitation *(continued)*

### Section 2 — Deductions *(continued)*

| | Description | (a) U.S. source | Foreign Source | | | | (f) Sourced by partner | (g) Total |
|---|---|---|---|---|---|---|---|---|
| | | | (b) Foreign branch category income | (c) Passive category income | (d) General category income | (e) Other (category code ______) | | |
| 46 | Section 986(c) loss | | | | | | | |
| 47 | Section 987 loss | | | | | | | |
| 48 | Section 988 loss | | | | | | | |
| 49 | Other allocable deductions (see instructions) SEE ATTACHMENT | 14,420. | | | | | | 14,420. |
| 50 | Other apportioned share of deductions (see instructions) | | | | | | | |
| 51 | Reserved for future use | | | | | | | |
| 52 | Reserved for future use | | | | | | | |
| 53 | Reserved for future use | | | | | | | |
| 54 | **Total deductions** (combine lines 25 through 53) | 107,078. | | | | | | 107,078. |
| 55 | **Net income (loss)** (subtract line 54 from line 24) | -1,881. | | | | | | -1,881. |

## Part III Other Information for Preparation of Form 1116 or 1118

### Section 1 — R&E Expenses Apportionment Factors

| | Description | (a) U.S. source | Foreign Source | | | | (f) Sourced by partner | (g) Total |
|---|---|---|---|---|---|---|---|---|
| | | | (b) Foreign branch category income | (c) Passive category income | (d) General category income | (e) Other (category code ______) (country code ______) | | |
| 1 | Gross receipts by SIC code | | | | | | | |
| A | SIC code: | | | | | | | |
| B | SIC code: | | | | | | | |
| C | SIC code: | | | | | | | |
| D | SIC code: | | | | | | | |
| E | SIC code: | | | | | | | |
| F | SIC code: | | | | | | | |

| | Description | Line | Amount |
|---|---|---|---|
| 2 | Exclusive apportionment with respect to total R&E expenses entered on Part II, line 32. | | |
| A | R&E expenses with respect to activity performed in the United States | | |
| (i) | SIC code: ______ | 2A(i) | |
| (ii) | SIC code: ______ | 2A(ii) | |
| (iii) | SIC code: ______ | 2A(iii) | |
| B | R&E expenses with respect to activity performed outside the United States | | |
| (i) | SIC code: ______ | 2B(i) | |
| (ii) | SIC code: ______ | 2B(ii) | |
| (iii) | SIC code: ______ | 2B(iii) | |

# 2024 SCHEDULE K-3 ATTACHMENTS

BUTTS 1177 LLC 82-3667282

## SCHEDULE K-3, PART II, SECTION 2, LINE 42
## OTHER INTEREST EXPENSE - INVESTMENT (BY COUNTRY)

| COUNTRY | (A) U.S. SOURCE | (B) FOREIGN BRANCH CATEGORY INCOME | (C) PASSIVE CATEGORY INCOME | (D) GENERAL CATEGORY INCOME | (E) SECTION 901J INCOME | (F) SOURCED BY PARTNER | (G) TOTAL |
|---|---|---|---|---|---|---|---|
| US | 92,652. | | | | | | 92,652. |
| | $ 92,652. | $ 0. | $ 0. | $ 0. | $ 0. | $ 0. | $ 92,652. |

## SCHEDULE K-3, PART II, LINE 49
## OTHER DEDUCTIONS - U.S. SOURCED

| | |
|---|---|
| AMORTIZATION | $ 14,420. |
| TOTAL | $ 14,420. |

PARTNER 3: BLESSING PROPERTY GROUP, LLC 82-2587908

# 2024 GEORGIA PARTNER SUMMARY

BUTTS 1177 LLC 82-3667282

| PARTNER NAME AND ADDRESS | I.D. # | PROFIT SHARING PERCENTAGE |
|---|---|---|
| BLESSING PROPERTY GROUP, LLC<br>3550 MALL BLVD<br>DULUTH, GA 30096 | 82-2587908 | 40% |

**All Partners:**

| | | | |
|---|---|---|---|
| 1 | Distributive Share of Total Federal Income (Schedule 8, Line 8) | 1 | 105,191. |
| 2 | Add: Distributive Share of Georgia Additions To Federal Income (Schedule 8, Line 9) | 2 | |
| 3 | Less: Distributive Share of Georgia Subtractions From Federal Income (Schedule 8, Line 11) | 3 | |
| 4 | Georgia Passthrough Credits (Schedule 10, Line 11) | 4 | |
| 5 | Partner's Share of Total Income For Georgia Purposes (Schedule 2, Line 1) | 5 | 105,191. |

**Non-resident Partners Only: ***

| | | | |
|---|---|---|---|
| 6 | Less: Non-resident partner's distributive share of net income allocated everywhere (Schedule 2, Line 2) | 6 | |
| 7 | Non-resident partner's share of business income subject to apportionment (Schedule 2, Line 3) | 7 | |
| 8 | Georgia Apportionment Ratio (.xxxxxx) (Schedule 2, Line 4) | 8 | |
| 9 | Non-resident partner's share of net business income apportioned to Georgia (Schedule 2, Line 5) | 9 | |
| 10 | Add: Non-resident partner's distributive share of net income allocated to Georgia (Schedule 2, Line 6) | 10 | |
| 11 | Non-resident partner's share of total Georgia net income (Schedule 2, Line 7) | 11 | |
| 12 | Withholding on distributions to nonresident members | 12 | |

* A non-resident partner is required to report only his share of the GA apportioned and allocated income.

MEMBER 3