# Exhibit N

qPublic.net™ Butts County, GA

Log In Search search...

Layers Map Search Sales Search Sales List Results Sales Results Report Soil Analysis Tax Estimator Home

## Summary

| | |
|---|---|
| **Parcel Number** | 00780-003-000 |
| **Location Address** | S HIGHWAY 87 |
| **Legal Description** | PB 20/244 TRACT 2 -- S HIGHWAY 87<br>(Note: Not to be used on legal documents) |
| **Class** | A5-Agricultural<br>(Note: This is for tax purposes only. Not to be used for zoning.) |
| **Tax District** | 01- County (District 01) |
| **Millage Rate** | 22.945 |
| **Acres** | 300.41 |
| **Neighborhood** | 5000- Torbett/Rough Road (5000) |
| **Homestead Exemption** | No (S0) |
| **Landlot/District** | 3,2 / 14 |

View Map

## Owner

INDIAN SPRINGS HISTORIC PROPERTIES, LLC
**105 SHORT RD**
**JACKSON, GA 30233**

## Rural Land

Columns

| Type | Description | Calculation Method | Soil Productivity | Acres |
|---|---|---|---|---|
| RUR | BH3 | Rural | 1 | 300.41 |

## Sales

Columns

| Sale Date | Deed Book / Page | Plat Book / Page | Sale Price | Reason | Grantor | Grantee |
|---|---|---|---|---|---|---|
| 8/15/2025 | 1044 56 | | $0 | Kin/Related parties | WILLIAM T MYLES, SR. FAMILY LLLP | INDIAN SPRINGS HISTORIC PROPERTIES, LLC |
| 5/19/2025 | 1031 723 | 20 244 | $1,936,671 | Limited Market Sale-Vacant | BUTTS 1177, LLC | WILLIAM T MYLES, SR. FAMILY LLLP |
| 8/15/2017 | 838 500 | 2 35 | $235,371 | *Q- Land Market (Qualified) | PLUM CREEK TIMBERLANDS L | BUTTS 1177, LLC |
| 10/6/2001 | 327 209 | 2 0035 | $0 | *L- MH / Manufactured / Detitled | | PLUM CREEK TIMBERLANDS L |
| 4/16/1999 | 266 247 | | $0 | UK | | NORTH AMERICAN TIMBER CO |

## Information



**Butts County, GA**
625 W. 3rd St
Jackson, GA 30233
County Website

**Chief Appraiser**
Donald Long
770-775-8207

## Summary

| | |
|---|---|
| **Parcel Number** | 00660-025-000 |
| **Location Address** | 480 CENIE RD |
| **Legal Description** | PB 20/244 TRACT 1 ROUGH RD<br>(Note: Not to be used on legal documents) |
| **Class** | A5-Agricultural<br>(Note: This is for tax purposes only. Not to be used for zoning.) |
| **Tax District** | 01- County (District 01) |
| **Millage Rate** | 22.945 |
| **Acres** | 870.96 |
| **Neighborhood** | 5000- Torbett/Rough Road (5000) |
| **Homestead Exemption** | No (S0) |
| **Landlot/District** | 27 / 14 |

View Map



**Butts County, GA**
625 W. 3rd St
Jackson, GA 30233
County Website

**Chief Appraiser**
Donald Long
770-775-8207

## Owner

INDIAN SPRINGS HISTORIC PROPERTIES, LLC
105 SHORT RD
JACKSON, GA 30233

## Rural Land

Columns

| Type | Description | Calculation Method | Soil Productivity | Acres |
|---|---|---|---|---|
| RUR | BH4 | Rural | 1 | 705.96 |
| RUR | BH5 | Rural | 1 | 165 |

## Sales

Columns

| Sale Date | Deed Book / Page | Plat Book / Page | Sale Price | Reason | Grantor | Grantee |
|---|---|---|---|---|---|---|
| 8/15/2025 | 1044 56 | | $0 | Kin/Related parties | WILLIAM T MYLES, SR. FAMILY LLLP | INDIAN SPRINGS HISTORIC PROPERTIES, LLC |
| 5/19/2025 | 1031 723 | | $4,518,899 | Limited Market Sale-Vacant | BUTTS 1177, LLC | WILLIAM T MYLES, SR. FAMILY LLLP |
| 8/15/2017 | 838 500 | 6 176 | $1,241,428 | *Q- Land Market (Qualified) | PLUM CREEK TIMBERLANDS L | BUTTS 1177, LLC |
| 10/6/2001 | 327 209 | 6 0176 | $773,530 | *L- MH / Manufactured / Detitled | | PLUM CREEK TIMBERLANDS L |
| 4/16/1999 | 266 247 | | $1,198,500 | Limited Market Sale-Vacant | | NORTH AMERICAN TIMBER CO |