# Exhibit O

EFILED IN OFFICE
CLERK OF SUPERIOR COURT
HENRY COUNTY, GEORGIA
SUCV2025002425
DR
NOV 17, 2025 11:38 AM
Sabriya Hill, Clerk
Henry County, Georgia

**IN THE SUPERIOR COURT OF HENRY COUNTY**
**STATE OF GEORGIA**

ECHELON ESTATE, LLC, individually and in the right of LOWER WOOLSEY HENRY 780, LLC,

Plaintiff,

v.

JEFFERY R. GRANT, QIN MENG, SOUTHERN CONSULTING SERVICES, INC.; SOUTHERN PROPERTY INVESTMENT GROUP, LLC; GOLDEN EAGLE CAPITAL INVESTMENTS, LLC; GOLDEN EAGLE ENTERPRISES; TIM HO WAN, LLC; ANDREW NEUMANN, AND BENJAMIN M. HELMS,

Defendants.

CIVIL ACTION NO.: SUCV2025002425

## VOLUNTARY DISMISSAL WITH PREJUDICE

COMES NOW, Echelon Estate, LLC, by and through the undersigned, and pursuant to O.C.G.A. § 9-11-41(a)(1)(A) hereby files this its Voluntary Dismissal With Prejudice and dismisses this action WITH PREJUDICE.

Respectfully submitted this 17TH day of November, 2025.

ECHELON ESTATE LLC, by
SOUTHERN CONSULTING SERVICES, INC.,
Its Manager

By Jeffery R Grant
Jeffery R. Grant, President

Prepared:

By__Beth E. Rogers
Beth E. Rogers, Georgia Bar No. 612092
9040 Roswell Road, Ste. 205
Atlanta, Georgia 30350
770-685-6320
distribution@berlawoffice.com
Attorney for Southern Consulting Services, Inc.

## CERTIFICATE OF SERVICE

This is to certify that I have this date served the following party with a copy of the **Voluntary Dismissal With Prejudice** by depositing a true and correct copy of same in the United States mail with sufficient postage first class delivery and properly addressed as follows:

Richard J. Dreger
295 W. Crossville Road
Building 100, Suite 110
Roswell, GA 30075
rick@rdregerlaw.com

Dated: November 17, 2025.

Jeffery R. Grant