# Exhibit Q

**BUTTS 1177, LLC**

| Tax Year | Timber Proceeds | Hunting Lease | Land Sale Proceeds | TOTAL |
|---|---|---|---|---|
| 2017 | - | - | - | - |
| 2018 | - | - | - | - |
| 2019 | 204,267.00 | - | - | 204,267.00 |
| 2020 | 262,983.00 | 14,124.00 | - | 277,107.00 |
| 2021 | - | 14,124.00 | - | 14,124.00 |
| 2022 | - | 14,124.00 | - | 14,124.00 |
| 2023 | - | - | - | - |
| 2024 | - | - | - | - |
| 2025 | - | - | 6,455,570.00 | 6,455,570.00 |
| | 467,250.00 | 42,372.00 | 6,455,570.00 | $ 6,965,192.00 |

| | |
|---|---|
| Total Proceeds | $ 6,965,192.00 |
| Cost Basis: Timber | $ (210,000.00) |
| Cost Basis: Land | $ (3,090,000.00) |
| Commission: Walker & Associates | (400,000.00) |
| Closing costs | (14,419.57) |
| Property Tax | (1,368.39) |
| Project Expenses - Golden Eagle | (115,084.50) |
| Project Expenses - Southern Consulting | (71,228.38) |
| Hunting lease management fee | (42,372.00) |
| Bank Fees | (65.00) |
| Net Income | 3,020,654.16 |

| | | |
|---|---|---|
| Net Income | 3,020,654.16 | |
| Cost Basis | $ 3,300,000.00 | |
| To be Distributed: | $ 6,320,654.16 | |
| | $ 2,528,261.66 | 40% Blessing Property Group, LLC |
| | $ 2,528,261.66 | 40% Golden Stone International Inv Co, LLC |
| | $ 632,065.42 | 10% Golden Eagle Enterprises |
| | $ 632,065.42 | 10% Southern Consulting Services, Inc. |

Approved by:

Golden Stone International Investment Co., LLC

Zhen Wang

By: Zhen Wang