# Exhibit R

22:29 SOS

将外文主题备注为中文标题 备注主题

# Wang Financial Power of Attorney

Jeff Grant 2015/12/17 22:24

发至 wang、mengqin9888

Zhen and Rose,

Enclosed is a Limited Power of Attorney that would allow Qin to open an account with the funds we receive from our Conservation Funding on Zhen's behalf. Since we are waiting on Zhen's FEIN Number for his new Company, this will allow Zhen's Check to be deposited on his behalf, using Qin's FEIN Number. It will need to be Witnessed in 2 places and Notarized as well. Thanks and take care. Jeff

翻译

附件 (1) AI附件总结

回复全部 ... 转发 分享



22:28 SOS

FW: 签字页

**From:** Jeff Grant [mailto:jgrant@southernconsultingllc.com]
**Sent:** Friday, December 18, 2015 6:33 AM
**To:** 'lishouhui' <lishouhui@jitai.biz>
**Subject:** RE: 签字页

Zhen,

Your signature on this document will have to be witnessed and notarized in China before the bank will accept it. Thanks. Jeff

---

**From:** lishouhui [mailto:lishouhui@jitai.biz]
**Sent:** Friday, December 18, 2015 12:55 AM
**To:** jgrant <jgrant@southernconsultingllc.com>
**Subject:** 签字页

翻译

回复: Jef...

转发 分享



22:27 SOS

FW: 转发： Fwd: passport

Jeff Grant 2016/1/4 10:48

发至 wang、gburson、'Torrie...

Zhen,

The information we sent regarding your Passport Notarization is what the Bank needs but it will have to be updated to the present date. I hate to ask you to re-Notarize your Passport but the Bank has to have an update within a few days of your Bank Account Application. If you could do this again, I'll make sure it is submitted on the day I receive this back from you. Sorry for the inconvenience but thanks so much. Jeff

I have enclosed your previous information for your convenience. Thanks and take care. Jeff

翻译

回复全部 ...

转发 分享


22:20
SOS
无主题
Jeff Grant
2016/3/24 12:14
发至 wang
附件 (2) 保存全部 AI附件总结
Wiring Instructions for SunTrust Bank
TO: Jeffery Grant
Bank Routing Number 061000104
Bank Name: SunTrust Bank
Swift Code: SNTRUS3A
IMG_1746
JPG 1.1M
ATT00003.txt
TXT 25.0B



22:18

将外文主题备注为中文标题 备注主题

RE: Money order

Jeff Grant 2016/3/25 7:51

发至 wang

Zhen,

The remittance for $455,000 was received. Thank you very much. I will also notify you when in receipt of the additional funds. Take care. Jeff

**From:** ze.wang [mailto:ze.wang@126.com]
**Sent:** Thursday, March 24, 2016 12:58 PM
**To:** Jeff Grant <Jgrant@southernconsultingllc.com>
**Subject:** Money order

发自我的iPhone

翻译

回复：Jef...

转发

分享



22:18

SOS

RE: Remittance

I have received the funds in the amount of $250,000. Thanks and take care. Jeff

**From:** ze.wang [mailto:ze.wang@126.com]
**Sent:** Tuesday, March 29, 2016 4:06 AM
**To:** Jeff Grant <Jgrant@southernconsultingllc.com>
**Subject:** Remittance

Dear Jeff
Please find the a remittance.
Thanks Jeff

中国建设银行(亚洲)
China Construction Bank (Asia)

China Construction Bank (Asia)
MIMOSA LEATHERS LTD.

*****************China Construction Bank (Asia)*****************

USD250,000.00 CLEARING VALUE: MAR 29
/REF- 720T08592
/ENTRY- MAR 29 POSTED=15:05
PYTR BOOK TRANSFER DEBIT
BBK=BANK OF THE OZARKS
ACC NUMBER=2669 0019 80
BNF=SOUTHERN CONSULTING SERVICES LLC
ORG= MIMOSA LEATHERS LTD. SHEUNG WAN HK

翻译

回复: Jef...

转发 分享

22:20

SOS

IMG_1746.JPG

完成

NTRUST

Mary Elliott
Personal Banker

SunTrust Banks, Inc.
4986 N. Henry Blvd
Stockbridge, GA 30281
Tel 678.632.9300
Fax 770.389.6012
mary.elliott@suntrust.com

**Wiring Instructions for SunTrust Bank**

TO: Jeffery Grant
Bank Routing Number 061000104
Bank Name: SunTrust Bank
Swift Code: SNTRUS3A
Bank Address: 303 Peachtree Rd., Atlanta GA 30308

**For Credit To:**
Jeffery Grant
Account #1000179540157
781 Stagecoach Rd.
Stockbridge, GA 30281