# Exhibit S

BUTTS 1177, LLC
120 S ZACK HINTON PARKWAY
MCDONOUGH, GA 30253
(404) 925-3917

August 10, 2021

Blessing Property Group, LLC
3550 Mall Blvd
Duluth, GA 30096

RE:
Butts 1177, LLC
82-3667282
Schedule K-1 from Partnership's 2020 Return of Income

Dear Blessing Property Group, LLC:

Enclosed is your 2020 Schedule K-1 (Form 1065) Partner's Share of Income, Deductions, Credits, Etc. from Butts 1177, LLC. This information reflects the amounts you need to complete your income tax return. The amounts shown are your distributive share of partnership tax items to be reported on your tax return, and may not correspond to actual distributions you have received during the year. This information is included in the Partnership's 2020 Federal Return of Partnership Income that was filed with the Internal Revenue Service.

If you have any questions concerning this information, please contact us immediately.

Sincerely,

Butts 1177, LLC

Enclosure(s)

# 2020 Partner's Capital Account Reconciliation

| Partnership Name | Employer I.D. number |
|---|---|
| BUTTS 1177, LLC | 82-3667282 |
| **Name of Partner** | **Partner's I.D. number** |
| BLESSING PROPERTY GROUP, LLC | 82-2587908 |

## I. SCHEDULE K-1, ITEM L:

| | | |
|---|---|---|
| BEGINNING CAPITAL ACCOUNT | | 1,312,918. |
| CAPITAL CONTRIBUTED DURING THE YEAR | | |
| PARTNER'S SHARE OF LINES 3, 4 AND 7, FORM 1065, SCH. M-2: | | |
| NET INCOME (LOSS) PER BOOKS (line 3) | -13,607. | |
| OTHER INCREASES (line 4) | | |
| OTHER DECREASES (line 7) | | |
| TOTAL OF LINES 3, 4, AND 7 | | -13,607. |
| WITHDRAWALS AND DISTRIBUTIONS | | |
| ENDING CAPITAL ACCOUNT | | 1,299,311. |

### BOOK TO TAX RECONCILIATION:

| | | | | | |
|---|---|---|---|---|---|
| 1. | Net income (loss) per books | -13,607. | 6a. | Tax-exempt interest | |
| 2. | Income on Sch. K-1 not on books | | 6b. | Income on books not on Sch. K-1 | |
| 3. | Guaranteed payments | | 7a. | Depreciation on Sch. K-1 not on books | |
| 4a. | Depr. on books not on Sch. K-1 | | 7b. | Deductions on Sch. K-1 not on books | |
| 4b. | Travel and entertainment | | 8. | Total of lines 6 and 7 | |
| 4c. | Other expenses on books not on Sch. K-1 | | | | |
| 5. | Total of lines 1 through 4 | -13,607. | 9. | Tax Income (loss). Line 5 less line 8 | -13,607. |

## II. ANALYSIS OF PARTNER'S TAX INCOME (LOSS) FROM SCHEDULE K-1:

| A. INCOME | | | B. DEDUCTIONS | | |
|---|---|---|---|---|---|
| 1. | Ordinary business income or (loss) | | 12. | Section 179 deduction | |
| 2. | Net rental real estate income (loss) | 5,650. | 13. | Charitable contributions | |
| 3. | Other net rental income (loss) | | 13. | Investment interest expense | |
| 4. | Guaranteed payments | | 13. | Section 59(e)(2) expenditures | |
| 5. | Interest income | | 13. | Other deductions | |
| 6a. | Dividends | | 16. | Total foreign taxes | |
| 7. | Royalties | | | Total deductions | |
| 8. | Net short-term capital gain (loss) | | | | |
| 9a. | Net long-term capital gain (loss) | -19,257. | | | |
| 10. | Net gain (loss) under section 1231 | | | | |
| 11. | Other income | | | | |
| | Total income | -13,607. | | TAX INCOME (LOSS). Item A less item B | -13,607. |

651119

**Schedule K-1 (Form 1065)** **2020**
Department of the Treasury
Internal Revenue Service

☐ Final K-1 ☐ Amended K-1 OMB No. 1545-0123

For calendar year 2020, or tax year beginning / / 2020 ending / /

## Partner's Share of Income, Deductions, Credits, etc.

► See separate Instructions.

## Part I Information About the Partnership

A Partnership's employer identification number
82-3667282

B Partnership's name, address, city, state, and ZIP code
BUTTS 1177, LLC
120 S ZACK HINTON PARKWAY
MCDONOUGH, GA 30253

C IRS Center where partnership filed return ► E-FILE

D ☐ Check if this is a publicly traded partnership (PTP)

## Part II Information About the Partner

E Partner's SSN or TIN (Do not use TIN of a disregarded entity. See instructions.)
82-2587908

F Name, address, city, state, and ZIP code for partner entered in E. See instructions.
BLESSING PROPERTY GROUP, LLC
3550 MALL BLVD
DULUTH, GA 30096

G ☐ General partner or LLC member-manager ☒ Limited partner or other LLC member

H1 ☒ Domestic partner ☐ Foreign partner

H2 ☐ If the partner is a disregarded entity (DE), enter the partner's: TIN ______ Name ______

I1 What type of entity is this partner? PARTNERSHIP

I2 If this partner is a retirement plan (IRA/SEP/Keogh/etc.), check here ☐

J Partner's share of profit, loss, and capital (see instructions):

| | Beginning | Ending |
|---|---|---|
| Profit | 40 % | 40 % |
| Loss | 40 % | 40 % |
| Capital | 40.000012 % | 40.000031 % |

Check if decrease is due to sale or exchange of partnership interest . . . . . . . . ☐

K Partner's share of liabilities:

| | Beginning | Ending |
|---|---|---|
| Nonrecourse | $ 20. | $ 20. |
| Qualified nonrecourse financing | $ | $ |
| Recourse | $ | $ |

☐ Check this box if Item K includes liability amounts from lower tier partnerships.

L **Partner's Capital Account Analysis**

| | |
|---|---|
| **Beginning capital account** | $ 1,312,918. |
| Capital contributed during the year | $ |
| Current year net income (loss) | $ -13,607. |
| Other increase (decrease) (attach explanation) | $ |
| Withdrawals & distributions | $ |
| **Ending capital account** | $ 1,299,311. |

M Did the partner contribute property with a built-in gain or loss?
☐ **Yes** ☒ **No** If "Yes," attach statement. See instructions.

N Partner's Share of Net Unrecognized Section 704(c) Gain or (Loss)
Beginning . . . . . . . . $
Ending . . . . . . . . $

## Part III Partner's Share of Current Year Income, Deductions, Credits, and Other Items

| Line | Item | Amount |
|---|---|---|
| 1 | Ordinary business income (loss) | |
| 2 * | Net rental real estate income (loss) | 5,650. |
| 3 | Other net rental income (loss) | |
| 4a | Guaranteed payments for services | |
| 4b | Guaranteed payments for capital | |
| 4c | Total guaranteed payments | |
| 5 | Interest income | |
| 6a | Ordinary dividends | |
| 6b | Qualified dividends | |
| 6c | Dividend equivalents | |
| 7 | Royalties | |
| 8 | Net short-term capital gain (loss) | |
| 9a | Net long-term capital gain (loss) | -19,257. |
| 9b | Collectibles (28%) gain (loss) | |
| 9c | Unrecaptured section 1250 gain | |
| 10 | Net section 1231 gain (loss) | |
| 11 | Other income (loss) | |
| 12 | Section 179 deduction | |
| 13 | Other deductions | |
| 14 | Self-employment earnings (loss) | |
| 15 | Credits | |
| 16 | Foreign transactions | AA 5,650. |
| 17 | Alternative minimum tax (AMT) items | |
| 18 | Tax-exempt income and nondeductible expenses | |
| 19 | Distributions | |
| 20 | Other information | Z* STMT |

21 ☐ More than one activity for at-risk purposes*
22 ☐ More than one activity for passive activity purposes*
*See attached statement for additional information.

For IRS Use Only

BUTTS 1177, LLC 82-3667282

SCHEDULE K-1 (FORM 1065) 2020 SUPPLEMENTAL INFORMATION PAGE 2

**BOX 2**
**RENTAL REAL ESTATE ACTIVITIES**

| PROPERTY TYPE AND ADDRESS | GROSS INCOME | NET EXPENSES | NET INCOME | PASSIVE NONPASS | SEC. 1231 TOTAL |
|---|---|---|---|---|---|
| TYPE: 5 - LAND<br>ROUGH ROAD JACKOSN, GA 30233 | 5,650. | | $ 5,650. | NONPASS | |
| | | TOTAL | $ 5,650. | | |

PARTNER 3: BLESSING PROPERTY GROUP, LLC 82-2587908

**Statement A—QBI Pass-through Entity Reporting (Schedule K-1, Box 20, Code Z)**

| | |
|---|---|
| Partnership's name: BUTTS 1177, LLC | Partnership's EIN: 82-3667282 |
| Partner's name: BLESSING PROPERTY GROUP, LLC | Partner's identifying number: 82-2587908 |

| Partner's share of: | BUTTS 1177, LLC<br>☐ PTP<br>☐ Aggregated<br>☐ SSTB | ☐ PTP<br>☐ Aggregated<br>☐ SSTB | ☐ PTP<br>☐ Aggregated<br>☐ SSTB |
|---|---|---|---|
| **QBI or qualified PTP items subject to partner-specific determinations:** | | | |
| Ordinary business income (loss) | | | |
| Rental income (loss) | 5,650. | | |
| Royalty income (loss) | | | |
| Section 1231 gain (loss) | | | |
| Other income (loss) | | | |
| Section 179 deduction | | | |
| Other deductions | | | |
| W-2 wages | | | |
| UBIA of qualified property | | | |
| Section 199A dividends | | | |

| Partner's share of: | ☐ PTP<br>☐ Aggregated<br>☐ SSTB | ☐ PTP<br>☐ Aggregated<br>☐ SSTB | ☐ PTP<br>☐ Aggregated<br>☐ SSTB |
|---|---|---|---|
| **QBI or qualified PTP items subject to partner-specific determinations:** | | | |
| Ordinary business income (loss) | | | |
| Rental income (loss) | | | |
| Royalty income (loss) | | | |
| Section 1231 gain (loss) | | | |
| Other income (loss) | | | |
| Section 179 deduction | | | |
| Other deductions | | | |
| W-2 wages | | | |
| UBIA of qualified property | | | |

PARTNER 3

# 2020 GEORGIA PARTNER SUMMARY

BUTTS 1177, LLC 82-3667282

| PARTNER NAME AND ADDRESS | I.D. # | PROFIT SHARING PERCENTAGE |
|---|---|---|
| BLESSING PROPERTY GROUP, LLC<br>3550 MALL BLVD<br>DULUTH, GA 30096 | 82-2587908 | 40% |

**All Partners:**

| | | | |
|---|---|---|---|
| 1 | Distributive Share of Total Federal Income (Schedule 7, Line 8) | 1 | -13,607. |
| 2 | Add: Distributive Share of Georgia Additions To Federal Income (Schedule 7, Line 9) | 2 | |
| 3 | Less: Distributive Share of Georgia Subtractions From Federal Income (Schedule 7, Line 11) | 3 | |
| 4 | Georgia Passthrough Credits (Schedule 8, Line 11) | 4 | |
| 5 | Partner's Share of Total Income For Georgia Purposes (Schedule 2, Line 1) | 5 | -13,607. |

**Non-resident Partners Only: ***

| | | | |
|---|---|---|---|
| 6 | Less: Non-resident partner's distributive share of net income allocated everywhere (Schedule 2, Line 2) | 6 | |
| 7 | Non-resident partner's share of business income subject to apportionment (Schedule 2, Line 3) | 7 | |
| 8 | Georgia Apportionment Ratio (.xxxxxx) (Schedule 2, Line 4) | 8 | |
| 9 | Non-resident partner's share of net business income apportioned to Georgia (Schedule 2, Line 5) | 9 | |
| 10 | Add: Non-resident partner's distributive share of net income allocated to Georgia (Schedule 2, Line 6) | 10 | |
| 11 | Non-resident partner's share of total Georgia net income (Schedule 2, Line 7) | 11 | |
| 12 | Withholding on distributions to nonresident members | 12 | |

* A non-resident partner is required to report only his share of the GA apportioned and allocated income.
MEMBER 3